# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| 3\|5\|2 CAPITAL GP LLC, on behalf of 3\|5\|2 CAPITAL ABS MASTER FUND LP,<br><br>Plaintiff,<br><br>v.<br><br>RYAN WEAR and JANE DOE WEAR, husband and wife and their marital community comprised thereof, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01172-TL<br><br>ORDER TO SHOW CAUSE |

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney Fees (Dkt. No. 18), filed on November 18, 2024, Defendants were required pay Plaintiff within fourteen (14) days of the Order (i.e., by December 2, 2024) and file with the Court a certificate of compliance upon making the payment. No certificate of compliance has been filed to date.

//

Defendant is therefore ORDERED to show cause by no later than Wednesday, December 11, 2024 why it should not be sanctioned for failure to comply with the Court's prior order.

Dated this 6th day of December 2024.

Tana Lin
United States District Judge